# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD ALLEN GRIFFITH,** | ) | **CASE NO. 1:23CV618** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | **ORDER** |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

On March 22, 2023, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g).

(ECF DKT #1).  The Court referred this matter to Magistrate Judge James E. Grimes Jr.

pursuant to Local Rule 72.2.  On December 11, 2023, the Magistrate Judge recommended

affirming the Commissioner's decision which determined that Plaintiff is not disabled.  Plaintiff

has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and

recommendation must be filed within fourteen days after service.  FED. R. CIV. P. 72(b).  Plaintiff

has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is

satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would

-1-

be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Grimes' Report and Recommendation is **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

 **s/ Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: January 25, 2024**